# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| Vernitta Geter, Leanne Amos, | ) | |
| Magalie Latortue, Monique Bland, | ) | |
| Keyaira Bostic, and Shalaha Hardeman, | ) | |
| Individually and on behalf of all other | ) | |
| similarly situated current | ) | |
| and former employees, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action File No.: |
| | ) | 1:14-cv-21896-CMA |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| Galardi South Enterprises, Inc.; | ) | **COLLECTIVE ACTION** |
| Galardi South Enterprises Consulting, Inc.; | ) | |
| Fly Low, Inc. d/b/a King of Diamonds; | ) | |
| John Steve Ennis; Teri Galardi; | ) | |
| Rick Taylor; Dennis Williams; | ) | |
| Akinyele Adams; and Terry Elliot, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## PLAINTIFF KEYAIRA BOSTIC'S ANSWER AND AFFIRMATIVE DEFENSES TO DEFENDANT FLY LOW, INC.'S COMPULSORY COUNTERCLAIM FOR BREACH OF CONTRACT

Plaintiff Keyaira Bostic files her answers and affirmative defenses to Defendant Fly Low, Inc.'s Compulsory Counterclaim and states as follows:

### ANSWERS

1.

Plaintiff Bostic admits the allegations contained in Paragraph 1 of Defendant Fly Low, Inc.'s Compulsory Counterclaim.

2.

Plaintiff Bostic denies the allegations contained in Paragraph 2 of Defendant Fly Low, Inc.'s Compulsory Counterclaim.

3.

Plaintiff Bostic denies the allegations contained in Paragraph 3 of Defendant Fly Low, Inc.'s Compulsory Counterclaim.

4.

Plaintiff Bostic admits that she was responsible for determining when she would arrive at King of Diamonds. All remaining allegations contained in Paragraph 4 of Defendant Fly Low, Inc.'s Compulsory Counterclaim are denied.

5.

Plaintiff Bostic admits that she signed an Independent Contractor Agreement but cannot speak as to the remaining Plaintiffs' agreements with King of Diamonds. As such, she admits to the remaining allegations contained in Paragraph 5 in her individual capacity only.

6.

Plaintiff Bostic admits the allegations contained in Paragraph 6 of Defendant Fly Low, Inc.'s Compulsory Counterclaim.

7.

Plaintiff Bostic denies the allegations contained in Paragraph 7 of Defendant Fly Low, Inc.'s Compulsory Counterclaim.

8.

Plaintiff Bostic denies the allegations contained in Paragraph 8 of Defendant Fly Low, Inc.'s Compulsory Counterclaim.

9.

Plaintiff Bostic denies that Defendant Fly Low, Inc. is entitled to any of the relief requested in paragraphs 1 through 10 of Defendant Fly Low, Inc.'s Compulsory Counterclaim and the unnumbered paragraph beginning with "Wherefore," and denies she is liable to Defendant Fly Low, Inc. in any manner or for any amount whatsoever.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

Defendant Fly Low, Inc.'s Compulsory Counterclaim fails to state a claim upon which relief can be granted and therefore should be dismissed.

### SECOND DEFENSE

Defendant Fly Low, Inc.'s claims are barred by the doctrine of payment.

### THIRD DEFENSE

Defendant Fly Low, Inc.'s Independent Contractor Agreement is invalid because Plaintiff Bostic engaged in a business that was not a distinct business from that of King of Diamonds.

### FOURTH DEFENSE

Defendant Fly Low, Inc.'s Independent Contractor Agreement is invalid because Plaintiff Bostic engaged in work that was part of the regular business of King of Diamonds.

### FIFTH DEFENSE

Defendant Fly Low, Inc.'s Independent Contractor Agreement is invalid because Defendant Fly Low, Inc. provided the instrumentalities, tools, and place for Plaintiff Bostic to work.

## SIXTH DEFENSE

Defendant Fly Low, Inc.'s Independent Contractor Agreement is invalid because Plaintiff Bostic's work for King of Diamonds in the locality was work usually done under the direction of King of Diamonds.

## SEVENTH DEFENSE

Defendant Fly Low, Inc.'s Independent Contractor Agreement is invalid because King of Diamonds controlled work details, policies and procedures governing the work performed by Plaintiff Bostic.

## EIGHTH DEFENSE

Defendant Fly Low, Inc.'s Independent Contractor Agreement is invalid because King of Diamonds retained pervasive control over the operation as a whole.

## NINTH DEFENSE

Defendant Fly Low, Inc.'s Independent Contractor Agreement is invalid because Plaintiff Bostic's duties were an integral part of King of Diamonds' operation.

## TENTH DEFENSE

If Defendant Fly Low, Inc. sustained any of the injuries and damages alleged, those injuries are due entirely or in part by Defendant Fly Low, Inc.'s own failure to complete performance of its agreements with Plaintiff.

## ELEVENTH DEFENSE

Defendant Fly Low, Inc.'s fault for failure to mitigate damages are a bar or reduction to recovery.

## TWELFTH DEFENSE

Defendant Fly Low, Inc.'s claims may be barred, in whole or in part, by the doctrines of laches or unclean hands.

## THIRTEENTH DEFENSE

Defendant Fly Low, Inc.'s claims may be barred, in whole or in part, by the doctrine of estoppel.

## FOURTEENTH DEFENSE

Defendant Fly Low, Inc.'s claims may be barred because of spoliation of the evidence and/or destruction of or tampering with evidence.

## FIFTEENTH DEFENSE

Defendant Fly Low, Inc.'s claims may be barred, in whole or in part, by the doctrines of waiver and release.

## SIXTEENTH DEFENSE

Defendant Fly Low, Inc.'s claims may be barred, in whole or in part, by the Statute of Frauds.

## SEVENTEETH DEFENSE

Defendant Fly Low, Inc.'s claims may be barred, in whole or in part, by the parol evidence rule.

Plaintiff reserves the right to amend this answer and assert at trial any and all properly provable defenses it may have to this counterclaim.

WHEREFORE, having fully answered all Counts of Defendant Fly Low, Inc.'s Compulsory Counterclaim, Plaintiff Bostic requests that this court:

(a) Dismiss Defendant Fly Low, Inc.'s Compulsory Counterclaim with prejudice, in its entirety, as to all Plaintiffs;

(b) Enter Judgment in favor of all Plaintiffs and against Defendant Fly Low, Inc. on all claims contained in Defendant's Compulsory Counterclaim;

(c) Tax all costs against Defendant Fly Low, Inc.;

(d) Award Plaintiff Bostic legal fees and costs; and

(e) Grant Plaintiff Bostic such additional relief as the court deems just.

Respectfully submitted,

**By: /s/JOSHUA M. ENTIN, ESQ.**
Joshua M. Entin, Esq
Fla. Bar. No.: 0493724
Entin & Della Fera, P.A.
110 SE 6th Street, Suite 1970
Ft. Lauderdale, FL 33301
Phone: (954) 761-7201
Fax: (954) 764-2443
josh@entinlaw.com
Attorney for Plaintiffs

Michael Akemon
The Richards Law Group, LLC
P.O. Box 360295
Decatur, GA 30036
Phone: (404) 289-6816
Fax: (404) 795-0727
mutepe.akemon@richardslegal.com
Attorney for Plaintiffs

Jameson B. Carroll
Michael Weiss
Carroll & Weiss, LLP
1819 Peachtree Road, Suite 104
Atlanta, Georgia 30309
Phone: (404) 228-5337
Fax: (404) 228-5564
jcarroll@carrollweiss.com

                                                mweiss@carrollweiss.com
                                                Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 26th day of June, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    Respectfully submitted,

    **By: /s/JOSHUA M. ENTIN, ESQ.**
    Joshua M. Entin, Esq
    Fla. Bar. No.: 0493724
    Entin & Della Fera, P.A.
    110 SE 6th Street, Suite 1970
    Ft. Lauderdale, FL 33301
    Phone: (954) 761-7201
    Fax: (954) 764-2443
    josh@entinlaw.com
    Attorney for Plaintiffs

## SERVICE LIST

### Geter, et al. vs. Galardi South Enterprises Inc., et al.
### Case Number: 14-21896-Civ-Altonaga/O'Sullivan

Susan Kastan Murphey, Esq.
Georgia Bar No. 408498
Schulten Ward & Turner, LLP
260 Peachtree Street, NW
Suite 2700
Atlanta, GA 30303
Phone: (404) 688-6800
Fax: (404) 688-6840
skm@swtlaw.com
Attorney for Fly Low, Inc.
Pending Pro Hac Vice Admission


Dean Fuchs, Esq.
Georgia Bar No. 279170
Schulten Ward & Turner, LLP
260 Peachtree Street, NW
Suite 2700
Atlanta, GA 30303
Phone: (404) 688-6800
Fax: (404) 688-6840
drf@swtlaw.com
Attorney for Fly Low, Inc.
Pending Pro Hac Vice Admission


Daniel W. Matlow, Esq.
Florida Bar No. 384666
Daniel W. Matlow, P.A.
Emerald Lake Corporate Park
3109 Stirling Road, Suite 101
Ft. Lauderdale, FL 33312
Phone: (954) 842-2365
Fax: (954) 337-3101
dmatlow@danmatlow.com
Local Counsel for Fly Low, Inc.