UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-21896-CIV-ALTONAGA/O'Sullivan

**VERNITTA GETER**, *et al.*,

    Plaintiffs,
vs.

**GALARDI SOUTH ENTERPRISES, INC.**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. The Order of September 26, 2014 ("September 26 Order") [ECF No. 113] required Plaintiffs to perfect service upon Defendants, John Steve Ennis and Teri Galardi, on or before October 17, 2014, and indicated a failure to perfect service by October 17 would result in a dismissal as to these Defendants without prejudice and without further notice. The record fails to indicate these Defendants have been served pursuant to the September 26 Order. Accordingly, it is

**ORDERED AND ADJUDGED** that this case is **DISMISSED without prejudice** as to Defendants, John Steve Ennis and Teri Galardi.

**DONE AND ORDERED** in Miami, Florida, this 24th day of October, 2014.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record