UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-21896-CIV-ALTONAGA/O'Sullivan

**VERNITTA GETER**, *et al.*,

    Plaintiffs,
vs.

**GALARDI SOUTH ENTERPRISES, INC.**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court for a hearing ("Hearing") [ECF No. 137] upon Defendants, Galardi South Enterprises, Inc., Galardi South Enterprises Consulting, Inc., and Fly Low, Inc.'s Motion for Reconsideration . . . ("Motion") [ECF No. 130], filed December 2, 2014. For the reasons stated in open court, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 130]** is **GRANTED in part** as follows:

1. The deadline for the parties' exchange of rebuttal expert witness summaries or reports, currently February 6, 2015, will be extended by agreement of the parties. The parties shall provide notice to the Court of the deadline by **December 8, 2014**.

2. Plaintiffs shall provide Defendants with expert witness summaries or reports related to the existing named Plaintiffs by **December 12, 2014**. Plaintiffs may supplement and update these summaries or reports based on individuals who opt-in to the class by **January 30, 2015**.

3. All other deadlines shall remain intact.

CASE NO. 14-21896-CIV-ALTONAGA/O'Sullivan

**DONE AND ORDERED** in Miami, Florida, this 4th day of December, 2014.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record