## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| Vernitta Geter, Leanne Amos, | ) | |
| Magalie Latortue, Monique Bland, | ) | |
| Keyaira Bostic, Shalaha Hardeman, | ) | |
| Individually and on behalf of all other | ) | |
| similarly situated current | ) | |
| and former employees, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action File No.: |
| | ) | 1:14-cv-21896-CMA |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| Galardi South Enterprises, Inc.; | ) | COLLECTIVE ACTION |
| Galardi South Enterprises Consulting, Inc.; | ) | |
| Fly Low, Inc. d/b/a King of Diamonds; | ) | |
| John Steve Ennis; Teri Galardi; | ) | |
| Rick Taylor; Dennis Williams; | ) | |
| Akinyele Adams; and Terry Elliot, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

### PLAINTIFFS' UNOPPOSED MOTION FOR ORDER PERMITTING DISTRIBUTION OF COURT APPROVED NOTICE OF LAWSUIT WITH OPPORTUNITY TO JOIN VIA U.S. MAIL

Plaintiffs, by and through undersigned counsel, hereby file their Motion for Order Permitting Distribution of Court Approved Notice of Lawsuit with Opportunity to Join Via U.S. Mail, and in support thereof state as follows:

1. On May 22, 2014, Plaintiffs filed this collective action against Defendants to recover unpaid wages, unpaid overtime wages, house fees, and for remedies for violations of the Fair Labor Standards Act ("FLSA"). [D.E. 1].

2. On November 14, 2014, this Court entered an Order granting Plaintiffs' Motion for Conditional Class Certification [D.E. 115], conditionally certifying a class in this matter and ordering the parties to submit a notice to be disseminated to putative class members. [D.E. 120].

1

3. On December 23, 2014, Plaintiffs filed their Court Approved Notice of Lawsuit with Opportunity to Join ("Notice"). [D.E. 157].

4. As of the date of this Motion, the Court has not entered an Order approving distribution of the Court Approved Notice.

5. For clarity purposes, Plaintiffs request this Court enter an Order permitting the Notice to be disseminated to members of the potential class via U.S. Mail.

**WHEREFORE**, Plaintiffs request this Court enter an Order: 1) granting the instant Motion; 2) permitting Plaintiffs to distribute the Court Approved Notice of Lawsuit with Opportunity to Join filed with the Court on December 23, 2014 (D.E. 157) via U.S. Mail; and 3) entering any further relief this Court deems equitable and just.

Respectfully Submitted,

/s/ Joshua M. Entin
JOSHUA M. ENTIN, ESQ.
Fla. Bar No: 0493724
ENTIN & DELLA FERA, P.A.
110 S.E. 6TH Street, Suite 1970
Ft. Lauderdale, Florida 33301
Tel:   (954) 761-7201
Fax:   (954) 764-2443
E-mail: josh@entinlaw.com
***Attorney for Plaintiffs***

## **LOCAL RULE 7.1 CERTIFICATE OF CONFERRAL**

Counsel for Plaintiffs has conferred with counsel for Defendant Fly Low, Inc. regarding the subject matter of the instant motion, and Defendant, Fly Low, Inc. does not oppose the relief sought herein.

/s/ Joshua M. Entin
JOSHUA M. ENTIN, ESQ.
Fla. Bar No: 0493724
ENTIN & DELLA FERA, P.A.
110 S.E. 6TH Street, Suite 1970
Ft. Lauderdale, Florida 33301
Tel:   (954) 761-7201
Fax:   (954) 764-2443
E-mail: josh@entinlaw.com
***Attorney for Plaintiffs***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 8, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either by transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

Respectfully Submitted,

/s/ Joshua M. Entin_____
JOSHUA M. ENTIN, ESQ.
Fla. Bar No: 0493724
ENTIN & DELLA FERA, P.A.
110 S.E. 6TH Street, Suite 1970
Ft. Lauderdale, Florida 33301
Tel:   (954) 761-7201
Fax:   (954) 764-2443
E-mail: josh@entinlaw.com
*Attorney for Plaintiffs*

Michael Akemon, Esquire
The Richards Law Group
P.O. Box 360295
Decatur, GA 30034
Telephone: 404-289-6816
Facsimile: 404-795-0727
mutepe.akemon@richardslegal.com
*Attorneys for Plaintiffs*

Jameson B. Carroll, Esquire
Michael Weiss, Esquire
Carroll & Weiss, LLP
1819 Peachtree Road, Suite 104
Atlanta, Georgia 30309
Telephone: (404) 228-5337
Facsimile: (404) 228-5564
jcarroll@carrollweiss.com
mweiss@carrollweiss.com
*Attorneys for Plaintiffs*

## ATTACHED SERVICE LIST

*GETER, et al. vs. GALARDI SOUTH ENTERPRISES, INC.*
**CASE NO.: 14-21896 CIV-ALTONAGA/O'SULLIVAN**

Dean Fuchs, Esq.
Georgia Bar No. 279170
Schulten Ward & Turner, LLP
260 Peachtree Street, NW
Suite 2700
Atlanta, GA 30303
Phone: (404) 688-6800
Fax: (404) 688-6840
drf@swtlaw.com
Attorney for Fly Low, Inc.


Daniel W. Matlow, Esq.
Florida Bar No. 384666
Daniel W. Matlow, P.A.
Emerald Lake Corporate Park
3109 Stirling Road, Suite 101
Ft. Lauderdale, FL 33312
Phone: (954) 842-2365
Fax: (954) 337-3101
dmatlow@danmatlow.com
Local Counsel for Fly Low, Inc.