# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Vernitta Geter, Leanne Amos, Magalie Latortue, Monique Bland, Keyaira Bostic, Shalaha Hardeman, Victoria Ballard, Gaynell Curley, Sidenei Davis, La'Keisha Fenner, Quinn Hannah, Rochelle Johnson, Tiffany Lawson, Jenay Long, Crisdeon Lozon, Stephanie Medina, Brigette Medina, Kenisha Myree, Qatrece Smith, Lamantia Williams, Eboni Willia, Qshana Windon, Jordanne Gibson, and Apeatsiwa Shaw-Taylor, Individually and on behalf of all other similarly situated current and former employees, | |
| Plaintiffs, | Civil Action File No.: 1:14-cv-21896-CMA |
| v. | JURY TRIAL DEMANDED |
| Galardi South Enterprises, Inc.; Galardi South Enterprises Consulting, Inc.; Fly Low, Inc. d/b/a King of Diamonds; John Steve Ennis; Teri Galardi; Rick Taylor; Dennis Williams; and Akinyele Adams, | COLLECTIVE ACTION |
| Defendants. | |

## NOTICE OF JOINT LIABILITY

Pursuant to this Court's order at Docket 180, plaintiffs Vernitta Geter, *et al.*, by and through their undersigned counsel, file this Notice of Joint Liability, respectfully showing the Court as follows.

1.

Following the entry of clerk's defaults as to plaintiffs' claims against defendants Rick Taylor and Akinyele Adams, this Court ordered plaintiffs to file a Notice of Joint Liability

1

because "there are multiple Defendants and allegations of joint and several liability." Per the Order, the notice "must briefly describe the allegations and advise the Court of the status of the other Defendants' liability." Accordingly, plaintiffs file the instant notice.

2.

Plaintiffs allege that defendants, including Mr. Taylor and Mr. Adams in their roles as part of the management team at the King of Diamonds club in Miami, violated the Fair Labor Standards Act by mischaracterizing adult entertainers at the King of Diamonds, including the named plaintiffs, as independent contractors, denying them the wages to which they are entitled and instead requiring the entertainers to pay for the privilege of performing there.

3.

The seventeen plaintiffs who have joined this action thus far claim a total of $3,002,736.12 in damages. Plaintiffs allege that all defendants, including Mr. Taylor and Mr. Adams, are jointly and severally liable for these damages.

4.

Once liability is resolved as to all defendants, plaintiffs will move for the entry of default final judgment against Mr. Taylor and Mr. Adams, pursuant to this Court's Order at Docket 180

Respectfully Submitted,

/s/ Joshua M. Entin
JOSHUA M. ENTIN, ESQ.
Fla. Bar No: 0493724
ENTIN & DELLA FERA, P.A.
110 S.E. 6th Street, Suite 1970
Ft. Lauderdale, Florida 33301
Tel:   (954) 761-7201
Fax:   (954) 764-2443
E-mail: josh@entinlaw.com
*Attorney for Plaintiffs*

                                            3

Michael Akemon, Esq.
THE RICHARDS LAW GROUP
P.O. Box 360295
Decatur, GA 30034
Telephone: 404-289-6816
Facsimile: 404-795-0727
mutepe.akemon@richardslegal.com
*Attorneys for Plaintiffs*

Jameson B. Carroll, Esq.
Michael Weiss, Esq.
CARROLL & WEISS, LLP
1819 Peachtree Road, Suite 104
Atlanta, Georgia 30309
Telephone: (404) 228-5337
Facsimile: (404) 228-5564
jcarroll@carrollweiss.com
mweiss@carrollweiss.com
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 29, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either by transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

> Respectfully Submitted,
>
> /s/ Joshua M. Entin_____
> JOSHUA M. ENTIN, ESQ.
> Fla. Bar No: 0493724
> ENTIN & DELLA FERA, P.A.
> 110 S.E. 6TH Street, Suite 1970
> Ft. Lauderdale, Florida 33301
> Tel:   (954) 761-7201
> Fax:   (954) 764-2443
> E-mail: josh@entinlaw.com
> *Attorney for Plaintiffs*
>
> Michael Akemon, Esquire
> The Richards Law Group
> P.O. Box 360295
> Decatur, GA 30034
> Telephone: 404-289-6816
> Facsimile: 404-795-0727
> mutepe.akemon@richardslegal.com
> *Attorneys for Plaintiffs*
>
> Jameson B. Carroll, Esquire
> Michael Weiss, Esquire
> Carroll & Weiss, LLP
> 1819 Peachtree Road, Suite 104
> Atlanta, Georgia 30309
> Telephone: (404) 228-5337
> Facsimile: (404) 228-5564
> jcarroll@carrollweiss.com
> mweiss@carrollweiss.com
> *Attorneys for Plaintiffs*

**SERVICE LIST**

**Geter, et al. vs. Galardi South Enterprises Inc., et al.**
**Case Number: 14-21896-Civ-Altonaga/O'Sullivan**

Susan Kastan Murphey, Esq.
Georgia Bar No. 408498
E-mail: skm@swtlaw.com
Schulten Ward & Turner, LLP
260 Peachtree Street, NW, Suite 2700
Atlanta, GA 30303
Telephone: (404) 688-6800
Facsimile: (404) 688-6840
Attorney for Fly Low, Inc.

Dean Fuchs, Esq.
Georgia Bar No. 279170
E-mail: drf@swtlaw.com
Schulten Ward & Turner, LLP
260 Peachtree Street, NW, Suite 2700
Atlanta, GA 30303
Telephone: (404) 688-6800
Facsimile: (404) 688-6840
Attorney for Fly Low, Inc.

Daniel W. Matlow, Esq.
Florida Bar No. 384666
E-mail: dmatlow@danmatlow.com
Daniel W. Matlow, P.A.
Emerald Lake Corporate Park
3109 Stirling Road, Suite 101
Fort Lauderdale, FL 33312
Telephone: (954) 842-2365
Facsimile: (954) 337-3101
Local Counsel for Fly Low, Inc.
Local Counsel for Fly Low, Inc.


Rick Taylor
259 N.W. 64 Street
Miami, Florida 33150

Akinyele Adams
530 Ocean Drive
Miami, Florida 33160