UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-21896-CIV-ALTONAGA/O'Sullivan

**VERNITTA GETER**, *et al.*,

    Plaintiffs,
v.

**GALARDI SOUTH ENTERPRISES, INC.**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court upon the parties' Amended Joint Motion . . . ("Motion") [ECF No. 311], filed August 10, 2015, seeking approval of the proposed Settlement Agreement ("Agreement") [ECF No. 311-1]. When a private action is brought under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, as is the case with the instant action, the Court "may enter a stipulated judgment after scrutinizing the settlement for fairness." *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). Upon review of the record and the parties' documented basis for a settlement of the FLSA case, including an award of attorneys' fees, the Court finds settlement of this action is fair and reasonable and the requested fee is fair and reasonable and not grossly excessive. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The Motion **[ECF No. 311]** is **GRANTED**.

2. The Agreement **[ECF No. 311-1]** between Plaintiffs, Vernitta Geter; Leanne Amos; Magalie Latortue; Monique Bland; Shalaha Hardeman; Brigette Medina; Stephanie Medina; Victoria Ballard; Rochelle Johnson; Tiffany Lawson; Eboni Willis;

Kenisha Myrce; Qautrece Smith; Qshana Windon; Jenay Long; Crisdeion Lozon; Sidnei Davis; Quinn Hanna; Gaynell Curley; Lamantia Williams; Jordanne Gibson; and Jasemine Cole; and Defendants, Galardi South Enterprises, Inc.; Galardi South Enterprises Consulting, Inc.; and Fly Low, Inc., which has been duly filed as a record of the Court, is **APPROVED** in its entirety.

3. This case is **DISMISSED with prejudice**, with each party to bear its own costs and attorney's fees except as otherwise agreed.

4. All pending motions are **DENIED as moot**.

5. The Court retains jurisdiction to enforce the terms of the Settlement Agreement.

**DONE AND ORDERED** in Miami, Florida, this 11th day of August, 2015.

_____
**CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE**

cc: counsel of record